COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Adriene Sibley

Appellate case number:   01-16-00035-CV

Trial court case number:  CI50979

Trial court:                      County Court at Law No. 3 & Probate Court of Brazoria County

On January 15, 2016, relator, Adriene Sibley, filed a "Petition for Writ of Mandamus or Prohibition." In conjunction with the petition, relator filed a motion for emergency relief requesting that this Court stay the trial court's order compelling post-judgment discovery pending our determination of relator's petition. Relator's motion for emergency relief is **denied**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
　　　　　　　　　　☑ Acting individually    ☐ Acting for the Court

Date:  January 15, 2016